# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>            Plaintiff,<br>   vs.<br>1919 MISSION COMPANY,<br><br>            Defendant. | CASE NO. 06cv2212-BEN (WMc)<br><br>ORDER |

The Court has been informed that a settlement has been reached in the above captioned case. Therefore, the Court issues the following Order:

A **telephonic** Settlement Disposition Conference will be held *September 6, 2007*, at *9:00 a.m.* in the chambers of Magistrate Judge William McCurine, Jr. unless a joint motion for dismissal of this case is filed and **a copy of the motion is provided to the chambers of Magistrate Judge McCurine, Jr. prior to that time**. **Monetary sanctions shall be imposed for failure to comply with this order**.

///
///
///
///
///

**Counsel for plaintiff is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624**.

IT IS SO ORDERED.

DATED: August 8, 2007

_/s/ W. McCurine Jr._

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Roger Benitez
    U.S. District Judge

All Counsel and Parties of Record