# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>                Plaintiff,<br>vs.<br>1919 MISSION COMPANY,<br><br>                Defendant. | CASE NO. 06cv2212-BEN (WMc)<br><br>ORDER |

On September 6, 2007, the Court had scheduled a telephonic Settlement Disposition Conference after having been informed by plaintiff's counsel that a settlement had been reached. Neither counsel appeared for the hearing. On September 7, 2007, after being contacted by the Court regarding plaintiff's failure to appear, counsel for plaintiff lodged a letter with the Court explaining that it appeared as though the settlement had fallen through. Therefore, the Court issues the following Order:

1. An **in chambers** status conference will be held on **September 12, 2007, at 4:00 p.m. ALL COUNSEL MUST APPEAR IN PERSON**. Parties need not appear but may do so at their discretion.

///
///
///

1      2. Both plaintiff's counsel and defendant's counsel should be prepared to discuss their

2 failure to appear at the Settlement Disposition Conference on September 6, 2007, and why

3 **monetary sanctions should not be imposed for failure to comply with this Court's previous**

4 **order**.

5      IT IS SO ORDERED.

6 DATED: September 7, 2007

7

8      Hon. William McCurine, Jr.
     U.S. Magistrate Judge
9      United States District Court

cc: Honorable Roger Benitez
10     U.S. District Judge

11 All Counsel and Parties of Record